IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoenas to Bingman McCutchen, LLP and William F. Abrams _____/ NICHIA AMERICA CORPORATION, A Pennsylvania Corporation, NICHIA CORPORATION, A Japanese Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>SEOUL SEMICONDUCTOR CO., LTD., A Korea Corporation, SEOUL SEMICONDUCTOR, INC., A California Corporation<br><br>   Defendants. _____/ | No. C 08-80180 WHA<br><br>**ORDER RE ELECTRONIC FILING** |

The Court hereby gives notice that this matter shall be included in the electronic case management program. All documents in this matter should be filed electronically.

**IT IS SO ORDERED.**

Dated: September 17, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California