| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | WILLIAM F. ABRAMS (SBN 88805) |
| 2 | william.abrams@bingham.com |
|   | TOM CLIFFORD (SBN 233394) |
| 3 | tom.clifford@bingham.com |
|   | Three Embarcadero Center |
| 4 | San Francisco, CA 94111-4067 |
|   | Telephone: 415.393.2000 |
| 5 | Facsimile: 415.393.2286 |
|   | Attorneys for Subpoenaed Third Parties Bingham |
| 6 | McCutchen LLP and William F. Abrams |
| 7 | MICHAEL W. BIEN (SBN 968941) |
|   | GAY C. GRUNFIELD (SBN 121944) |
| 8 | ROSEN, BIEN & GALVAN, LLP |
|   | 315 Montgomery Street |
| 9 | San Francisco, CA 94104 |
|   | Telephone: 415.433.6830 |
| 10 | Facsimile: 415.433.7104 |
|    | Attorneys for Subpoenaed Third Party Beth Parker |
| 11 | |
|    | LUKENS LAW GROUP |
| 12 | WILLIAM M. LUKENS (SBN 037196) |
|    | JENNIFER L. JONAK (SBN 191323) |
| 13 | One Maritime Plaza, Suite 1600 |
|    | San Francisco, CA 94111 |
| 14 | Telephone: 415.433.3000 |
|    | Facsimile: 415.781-1034 |
| 15 | Attorneys for Defendant Seoul Semiconductor |
| 16 | FOLEY & LARDNER |
|    | DAVID A. COPLAND (*Admitted Pro Hac Vice in* |
| 17 | *CV07-08354-PA (CWx) (Central District)*) |
|    | dcopland@foley.com |
| 18 | KIM DODD (SBN 235109) |
|    | kdodd@foley.com |
| 19 | 321 North Clark Street |
|    | Chicago, IL 60610 |
| 20 | Telephone: 312.832.4500 |
|    | Facsimile: 312.832.4700 |
| 21 | Attorneys for Plaintiff Nichia Corporation |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Subpoenas to Bingham McCutchen LLP and William F. Abrams and Beth H. Parker and Motion To Quash | N.D. Cal. Case Nos. 08-80180 & 08-80182 |

N.D. Cal. Case Nos. 08-80180 & 08-80182

[PROPOSED] ORDER RE MOTIONS FOR PROTECTIVE ORDER AND MOTION TO QUASH

| | |
|---|---|
| NICHIA AMERICA CORPORATION, a Pennsylvania corporation; and NICHIA CORPORATION, a Japan corporation,<br><br>                    Plaintiffs,<br>     v.<br><br>SEOUL SEMICONDUCTOR, CO., LTD., a Korea corporation; and SEOUL SEMICONDUCTOR, INC., a California corporation,<br><br>                    Defendants. | No. CV07-08354-PA (CWx) (Central District)<br><br>[~~PROPOSED~~] ORDER RE MOTIONS FOR PROTECTIVE ORDER AND MOTION TO QUASH SUBPOENAS |

This Court considered the Motion of non-parties Bingham McCutchen LLP, William F. Abrams and Beth Parker for a protective order and for sanctions, and the Motion to Quash filed by the Seoul Semiconductor defendants. GOOD CAUSE appearing to this Court, IT IS HEREBY ORDERED that the subpoenas seeking documents and depositions of Bingham McCutchen LLP, William F. Abrams, and Beth H. Parker are hereby quashed and shall not be enforced. Bingham, Mr. Abrams, and Ms. Parker shall not be required to appear for deposition. Sanctions are denied. This order is without prejudice to Judge Anderson revisiting this issue in the Central District matter.

By noon on Friday, September 19, 2008, Bingham shall file with the Court a privilege log identifying any actual or draft press releases and the correspondence or emails that are directly related to the three press releases at issue in the Central District matter or a declaration stating there are none. Bingham is not required to log any "after-the-fact" correspondence, email or other such documents that followed the publication of any of the press releases at issue in the Central District matter, case no. CV07-08354-PA (CWx).

DATED: September 19, 2008

IT IS SO ORDERED
Judge William Alsup

U.S. District Court Judge
Honorable William Alsup

2    N.D. Cal. Case Nos. 08-80180 & 08-80182